# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GARY MEDNICK, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>        v.<br><br>PRECOR, INC.,<br><br>                        Defendant. | Case No. 1:14-cv-03624<br><br>Honorable Harry D. Leinenweber<br>Magistrate, Honorable Daniel G. Martin |

Consolidated With

| | |
|---|---|
| STEVEN BAYER, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>      - against -<br><br>PRECOR, INC.,<br><br>                        Defendant. | Case No. 1:14-cv-04231 |

## DEFENDANT PRECOR INCORPORATED'S MOTION TO STRIKE MULTI-STATE CLASS AND DISMISS COMPLAINT OF STEVEN BAYER

Pursuant to Rules 12(b)(6), 9(b), and 12(b)(1) of the Rules of Federal Procedure, Defendant Precor Incorporated (incorrectly listed in the Complaint as Precor, Inc.) ("Precor") hereby moves to dismiss the class action complaint filed by Plaintiff Steven Bayer ("Bayer"), for failure to state a claim upon which relief can be granted on the grounds of failure to state a claim of consumer fraud or a claim under Magnuson Moss, and for a lack of standing to sue upon products he has not purchased, and which have caused no direct injury to Bayer.

Precor also moves to strike the complaint's request for a multi-state class of 31 states plus the District of Columbia, because the Court would be required to apply the divergent laws of

1

multiple states applicable to residents of those states, thereby defeating the necessary element of commonality.

This Motion is supported by and more fully explained in the Memorandum in Support filed herewith. A proposed Order is also submitted herewith.

                                      Respectfully submitted,

Dated August 1, 2014                By:    /S/ Jeffery A. Key        .
                                                      Jeffery A. Key, Esq. (#6269206)
                                                      **Key & Associates**
                                                      321 N. Clark Street, Suite 500
                                                      Chicago, IL 60654
                                                      PH: (312) 560-2148
                                                      jakey@key-and-associates.com

                                                      Michael R. Levinson
                                                      **Seyfarth Shaw LLP**
                                                      131 South Dearborn Street, Suite 2400
                                                      Chicago, IL 60603
                                                      PH:  312-460-5868
                                                      Email:  mlevinson@seyfarth.com

                                                      Attorneys for Defendant
                                                      Precor Incorporated

## Certificate of Service

I certify that a copy of the foregoing document ("Defendant Precor Incorporated's Motion to Strike and Dismiss") was served upon Plaintiff this 11th day of July, 2014 via the Court's CM/ECF system and confirmed via email to the following:

        Katrina Carroll - kcarroll@litedepalma.com
        Kyle Alan Shamberg - kshamberg@litedepalma.com
        Joseph J. Siprut - jsiprut@siprut.com
        Matthew D. Savin - msavin@siprut.com


        By: /S/  Jeffery A. Key     .
             Jeffery A. Key