# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Steven Bayer
      Plaintiff,

v.              Case No.: 1:14–cv–04231
             Honorable Harry D. Leinenweber

Precor Inc.
      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 12, 2015:

  MINUTE entry before the Honorable Harry D. Leinenweber:Defendant's motion to dismiss filed in this case on 08/01/2014, [ECF No. 16], was denied by the Court's order dated 11/13/2014 in case number 14 C 3624, [ECF No. 38]. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.